## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BENNIE JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FAIRPOINT COMMUNICATIONS, INC. )<br>)<br>    Defendant. ) | **Docket No.: 2:15-cv-0256-JAW** |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree to dismissal of the above action with prejudice and without attorneys' fees or costs of suit.

DATED:  1/11/16                            FOR PLAINTIFF BENNIE JONES

*/s/ James A. Clifford*
James A. Clifford, Esq.
CLIFFORD & CLIFFORD, LLC
62 Portland Rd., Suite 37
Kennebunk, ME 04093
Tel: (207) 985-3200
james@cliffordclifford.com

DATED:  1/11/16                            FOR DEFENDANT FAIRPOINT
                                           COMMUNICATIONS, INC

*/s/ Mark Franco*
Mark Franco, Esq.
Thompson & Bowie LLP
3 Canal Plaza
Portland, ME 04112
(207) 774-2500
mfranco@thompsonbowie.com